ORIGINAL

1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
PHONE: 472-7332
5 FAX: 472-7334

6 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 17 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 04-00020 |
| Plaintiff, | |
| vs. | UNITED STATES' MOTION TO UNSEAL RECORD, AND DISMISS COMPLAINT |
| JOANNAMARIE ALEJO TEJADA, and MARYJANE GONZAL QUINDO, | |
| Defendants. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the record in the above cause against defendants JOANNAMARIE ALEJO TEJADA and MARYJANE GONZAL QUINDO be unsealed, and the Complaint be

//
//
//
//
//
//
//

dismissed, for the reasons that the investigation in this matter is now complete, and the defendants have been charged through an Indictment on October 14, 2004, under Criminal Case No. 04-00048, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 16th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney