LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 04-00020 |
| Plaintiff, | |
| vs. | **ORDER**<br>**RE: MOTION** |
| JOANNAMARIE ALEJO TEJADA, and<br>MARYJANE GONZAL QUINDO, | |
| Defendants. | |

The United State's Motion to Unseal the Record and Dismiss Complaint, in the above captioned matter, filed August 17, 2005, is hereby granted.

**SO ORDERED** this 18th day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam